Clerk of Courts, Claims Department "

Mark Ringland
    Plaintiff      Motion to Grant
vs.      Civil Action
Google LLC      Law suit
    Defendant

RECEIVED DEC 27 2021 CLERK U.S. DISTRICT COURT

    Here Comes Now Plaintiff being sworn in under Penalty of Perjury. On the above Action to be taken on Civil Action against Google LLC.

    Plaintiff is seeking in the Amount of damages caused by the Defendant, "Google LLC".

    Asking for application with set guildlines for process to be set forth in the state of Nebraska.

    Gounds are permitted by Civil and Criminal procedures of Federal statute, and rules.

— Back Ground —

    File under Criminal Complaints to Nancy Pelosi (CongressWoman) in 2018. During Congresses Investigation with F.C.C inspection of Google LLC platform found Illegal Content, Fake Websites, Google was

using there platform for illegal opperations.

Google LLC misused and abused it's internet power for the Distribution of abusive products to the Plaintiff.

I was arrested in 2017 in was sentenced to prison for 14 years. By Common law practice, and under reporting requirements by statute, and rules have been denied to testify.

To make a testimony for the Claims Department offer my 28 USC § 2255 that was offered in the Nebraska Federal Court.

Google broke our laws, rules, and regulations and violated Plaintiff's Constitution and Civil Rights.

Plaintiff seeking in the amount of $57. million in damages caused by the Defendant, Google LLC. This would be the same funds Congress charged Google LLC for there Criminal activities.

Plaintiff seeking for Fraud and False statement made by the Defendant, Google LLC that was enter in During trials. All that has been testify By Plaintiff is in 28 USC § 2255.

Plaintiff testimony is sworn in with Congress Woman "Ms. Nancy Pelosi." Sworn in with Ms. Nancy Pelosi 4 years.

Calling Ms Nancy Haugena who testified before the Senate Committee on Facebook who also enter false claims on Plaintiff. Google like Facebook and twitter share one goal. To kill teens and distribute children being rapped on the internet.

These facts where testified before Congress Woman, Ms Nancy Pelosi by the Plaintiff, Mark Ringland.

Plaintiff seeking for relief and start the civil action and to be sworn in against Google LLC.

Asking the Claims Department to grant my motion to start process to a class action lawsuit on Google LLC.

Plaintiff is the 2018 Whistleblower

Witnesses
Congress Woman
Ms. Nancy Pelosi
Whistleblower
Ms. Nancy Haugena
— Senate Committee —
— House Representatives —
Mr. Ben McAdams Congressman

4.

1644 Bill past by H.R. "Lawful Content"
Date                Time    (on Passage)
10-4-2019  ct. Nebraska  10:15 AM
Votes 232-190 - 294 Adopted 376
Amendment 6 Amendment 12
House of Representatives report
Congressman Ben McAdams spoke on
behalf.
    Plaintiff has common grounds to bring
civil action on Big tech Company
    Congressional Leaders support
my Criminal Complaints.

Excuted 20, 2021
                    Respectfully Submitted
                    Mark Ringland
                    Mark Ringland

Note I'm in the hole. Legal work is in
pencil at this time to get legal action
started

Mark Ringland 30229-047
Federal Correctional Institution
Gilmer
P.O Box 6000
Glenville, WV. 26351

CHARLESTON WV 250

20 DEC 2021 PM 4 L



Clerk of Courts
Claims Department
111 S. 18th Plaza st 1152
Omaha, Ne 68102

RECEIVED
DEC 27 2021
CLERK
U.S. DISTRICT COURT

68102-132277