IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARK RINGLAND, | |
| Plaintiff, | 8:21CV481 |
| vs. | |
| GOOGLE LLC, | MEMORANDUM AND ORDER |
| Defendant. | |

This matter is before the court on its own motion. On April 26, 2022, the court ordered Plaintiff to show cause within 30 days why this case should not be dismissed for failure to pay a portion of the initial partial filing fee. To date, Plaintiff has not shown cause for his failure to pay a portion of the initial partial filing fee and has not paid a portion of the initial partial filing fee or sought an extension of time in which to do so.

IT IS THEREFORE ORDERED that this matter is dismissed without prejudice for failure to pay a portion of the court's initial partial filing fee, and for failure to comply with a court order. The court will enter judgment by a separate document.

DATED this 2nd day of June, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge