IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARK RINGLAND,<br><br>                Plaintiff,<br><br>    vs.<br><br>GOOGLE LLC,<br><br>                Defendant. | 8:21CV481<br><br>MEMORANDUM<br>AND ORDER |

      This case was dismissed on June 2, 2022, without prejudice for failure to pay a portion of the court's initial partial filing fee and for failure to comply with a court order. (Filings 26, 27.) Judgment was entered the same date. Plaintiff's appeal to the Eighth Circuit Court of Appeals from this court's judgment was dismissed for lack of jurisdiction as untimely on September 2, 2022. (Filing 34.)

      Pending before the court is a document labeled as a "Civil Action" with the case number for this case. (Filing 40.) Although the document has been docketed as a "Motion," Plaintiff's filing actually appears to be a new complaint asserted against the same Defendant as is involved in this case.

      Because this case is closed and the appeal has been completed, Plaintiff's "Motion" will be denied. Plaintiff is advised that because this case was dismissed without prejudice, he may file his "Civil Action" anew, and it will be assigned a new case number.

      IT IS ORDERED that Plaintiff's "Motion" (Filing 40) is denied.

      DATED this 26th day of September, 2022.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge