IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARK RINGLAND,<br><br>        Plaintiff,<br><br>vs.<br><br>GOOGLE LLC,<br><br>        Defendant. | **8:21CV481**<br><br>**ORDER** |
| MARK RINGLAND,<br><br>        Plaintiff,<br><br>vs.<br><br>UNITED STATES,<br><br>        Defendant. | **8:22CV273**<br><br>**ORDER** |

These matters are before the Court on Plaintiff's "injunction to stop theft of funds" and "Complaint of Misconduct Criminal Complaint Theft" filed on March 3, 2023. Filing Nos. 65 & 66, Case No. 8:21CV481; Filing Nos. 50 & 51, Case No. 8:22CV273. Though Plaintiff purports to style the documents as complaints naming the Clerk of the Court as a defendant, the Court docketed both filings as motions in each of the above-captioned cases as Plaintiff renews his request for a court order to stop his institution from collecting further filing fee payments in either case and requests return of his funds. However, the Court previously entered an order on February 24, 2023, directing Plaintiff's institution to cease collecting payments in both cases. Filing No. 59, Case No. 8:21CV481; Filing No. 42, Case No. 8:22CV273. Any necessary refunds will be processed in accordance with the Court's usual operating procedures. Accordingly,

2

IT IS ORDERED that: Plaintiff's "injunction to stop theft of funds," Filing No. 65, Case No. 8:21CV481; Filing No. 50, Case No. 8:22CV273, and "Complaint of Misconduct Criminal Complaint Theft," Filing No. 66, Case No. 8:21CV481; Filing No. 51, Case No. 8:22CV273, construed as motions, are denied as moot.

Dated this 1st day of May, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge