IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MARK RINGLAND,

           Plaintiff,

vs.

GOOGLE LLC,

           Defendant.

8:21CV481

MEMORANDUM AND ORDER

      This matter is before the Court on two motions filed Plaintiff Mark Ringland renewing his request for "anew" case number be assigned to him for a civil action against Google LLC. Filing No. 67; Filing No. 68. As the Court explained in its February 24, 2023 and March 2, 2023 orders denying Ringland's previous motions for a "civil action anew," this case has been dismissed without prejudice and is closed so Ringland must file a new civil complaint to pursue a civil action against Google. Filing No. 58 at 2, 4; Filing No. 64 at 2. Indeed, Ringland filed a new civil action against Google on March 6, 2023, which is currently pending and awaiting Ringland's filing of a motion to proceed in forma pauperis or payment of the $402.00 filing and administrative fees. *See Ringland v. Google LLC*, 4:23-cv-03027-JFB-PRSE (Filing Nos. 1 & 4). Accordingly,

      IT IS ORDERED that: Plaintiff's motions for "anew" case number, Filing No. 67; Filing No. 68, are denied.

2

Dated this 1st day of May, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge

2